IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JASON TEAGUE,

    Plaintiff,

  v.                                                                                  Civ. No. 2:20-18 KWR/KRS

LEWIS RIDDLE, Sergeant,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court *sua sponte* upon review of the record.

It is HEREBY ORDERED that a status conference will be held by telephone on March 31, 2021 at 10:30 a.m.  The parties shall call Judge Sweazea's conference line (888) 398-2342 and enter code 8193818 to join the proceedings.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE